LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD
12 WILLIAMSBURG LANE
CHICO, CALIFORNIA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
E-mail: usdceast@hubslaw.com

Attorneys for Plaintiff Lary Feezor

CRIS VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 SOUTH WALNUT STREET, SUITE 800
LOOMIS, CALIFORNIA 95650
Telephone: (916) 660-9401
Facsimile: (916) 660-9378
E-mail: ccvaughan@sbcglobal.net

Attorney for Defendants Vision F.S., Inc. et al

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>    Plaintiff,<br><br>v.<br><br>VISION F.S., INC. dba DENNY'S #7189;<br>DENNY'S INVESTORS - LODI - LP,<br><br>    Defendants.<br>_____/ | Case No. 09-CV-00450-JAM-DAD<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

1 TO THE COURT AND ALL PARTIES:

2 Pursuant to a Settlement Agreement and Release between plaintiff, LARY FEEZOR, and defendants, VISION F.S., INC., dba DENNY'S #7189; DENNY'S INVESTORS - LODI - LP , and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: July 28, 2009                           DISABLED ADVOCACY GROUP, APLC


                                               *s/s Lynn Hubbard, III*
                                               LYNN HUBBARD, III
                                               Attorney for Plaintiff

Dated: July 28, 2009                           VAUGHAN & ASSOCIATES


                                               *s/s Cris Vaughan*
                                               CRIS VAUGHAN
                                               Attorney for Defendants

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 09-CV-00450-JAM-DAD, is hereby dismissed with prejudice.

Dated: July 29, 2009                           /s/ John A. Mendez
                                               United States District Court Judge